146

159 A.3d 928

COMMONWEALTH of Pennsylvania, Respondent

v.

Joseph BENTON, Petitioner

No. 281 EAL 2016

Supreme Court of Pennsylvania.

October 17, 2016

## ORDER

PER CURIAM

**AND NOW,** this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**